UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.
22-cv-21744-JEM

ARTHUR VALLEJO,

    Plaintiff,

v.

CUSTOM VETERINARY SERVICES, LLC,
a foreign limited liability company, a/k/a
CUSTOM VETERINARY SERVICES, INC.,

    Defendant.
_____/

## SUMMONS IN A CIVIL ACTION

To:   **CUSTOM VETERINARY SERVICES, LLC**

    **c/o Registered Agent:**     **CAPITOL CORPORATE SERVICES, INC.**
                                        **515 EAST PARK AVENUE, 2ND FLOOR**
                                        **TALLAHASSEE, FL 32301**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Dion Cassata, Esq.**
**CASSATA LAW, PLLC**
Boca Crown Centre
7999 N. Federal Highway, Suite 202
Boca Raton, Florida 33487
Telephone:   (954) 364-7803
*dion@cassatalaw.com*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jun 8, 2022



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Juan Ulacia*
Deputy Clerk
U.S. District Courts