UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-cv-21744-JEM

ARTHUR VALLEJO,

    Plaintiff,

v.

CUSTOM VETERINARY SERVICES, LLC,
a foreign limited liability company, a/k/a
CUSTOM VETERINARY SERVICES, INC.,

    Defendant.
_____/

## JOINT NOTICE OF MEDIATOR SELECTION AND SCHEDULING OF MEDIATION

Pursuant to this Court's August 01, 2022 Order Setting Civil Trial Date [DE 15] (hereinafter "Scheduling Order") and the parties' Joint Rule 16.1 Conferral Report [DE 17], the Parties, by and through their respective undersigned counsel, hereby serve notice that mediation in this matter will be held at <u>10:00 A.M. (EST) on Thursday, December 8, 2022 with mediator Robyn S. Hankins, Esq.</u> at the law offices of Nelson Mullins, One Biscayne Tower, 2 South Biscayne Blvd., 21st Floor Miami, FL  3313, Telephone: (305) 373-9400.[1]

---

[1] In accordance with the Court's Scheduling Order the parties are <u>not</u> submitting a proposed order scheduling mediation. See DE 15 at P. 3.

1

JOINTLY AND RESPECTFULLY SUBMITTED, this 8th day of November, 2022.

| | |
|---|---|
| **By:** */s/ Dion J. Cassata*<br>Dion J. Cassata<br>Fla. Bar No.: 672564<br>*dion@cassatalaw.com*<br><br>CASSATA LAW, PLLC<br>Boca Crown Centre<br>7999 N. Federal Highway, Suite 202<br>Boca Raton, Florida 33487<br><br>Telephone: (954) 364-7803 | **By:** */s/ Kristin M. Ahr*<br>Kristin M. Ahr<br>Florida Bar No. 63290<br>*kristin.ahr@nelsonmullins.com*<br><br>NELSON MULLINS RILEY<br>& SCARBOROUGH LLP<br>360 South Rosemary Ave., Suite 1410<br>West Palm Beach, FL 33401 |
| [Counsel for Plaintiff] | [Counsel for Defendant] |